# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DORIS ISBELL and JAMES SCHNEIDER,**

      **Plaintiffs,**

      **-vs-**                                                  **No. 01-CV-00252-DRH**

**ALLSTATE INSURANCE COMPANY,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment regarding its counterclaim for breach of contract against Schneider.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion is **DENIED**. Judgment is entered in favor of Plaintiff **JAMES SCHNEIDER** and against Defendant **ALLSTATE INSURANCE COMPANY**

                                                                             **NORBERT G. JAWORSKI, CLERK**

November 8th, 2005                                     By: s/Patricia Brown
                                                                            Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**